1  Laurence R. Arnold CA Bar No. 133715
   larnold@foley.com
2  John H. Douglas CA Bar No. 178966
   jdouglas@foley.com
3  Nina Kani CA Bar No. 221652
   nkani@foley.com
4  FOLEY & LARDNER LLP
   One Maritime Plaza, Sixth Floor
5  San Francisco, CA 94111-3409
   Telephone:   415.434.4484
6  Facsimile:   415.434.4507

7  Attorneys for Plaintiffs Stanford Hospital & Clinics
   and Lucile Packard Children's Hospital
8
   William A. Sokol, CA Bar No. 072740
9  wsokol@unioncounsel.net
   Bruce A. Harland, CA Bar No. 230477
10 bharland@unioncounsel.net
   WEINBERG, ROGER & ROSENFELD
11 1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501
12
   Telephone:   510-337-1001
13 Facsimile:   510-337-1023

14 Attorneys for Defendant Service Workers,
   Local 715
15

16
17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
19                                                    *E-FILED - 2/6/07*

20 | Stanford Hospital & Clinics; Lucile Packard Children's Hospital | Case No: C 06 04929 RMW |
21 | Plaintiffs, | **STIPULATED MOTION TO EXTEND DATE TO COMPLETE EARLY NEUTRAL EVALUATION; [PROPOSED] ORDER THEREON** |
22 | vs. | |
23 | Service Workers, Local 715; and DOES 1-25; | **ADR Rule 5-5** |
24 | Defendants. | Judge: Hon. Ronald M. Whyte |
25

26
        The parties to the above-entitled action hereby jointly move, pursuant to Northern
27
   District ADR Rule 5-5, for an order extending the deadline to complete the Early Neutral
28

                                              1

1  Evaluation required in this case, from the current deadline of February 15, 2007 set by
2  Order of this Court dated November 17, 2006, to March 1, 2007.
3       This motion is made pursuant to the stipulation of the parties and on the grounds
4  that pre-existing intervening commitments make compliance with the February 15, 2007,
5  deadline initially set by the Court impractical. The parties and evaluator have also
6  tentatively agreed to conduct the evaluation on March 1, 2006, pending Court approval.

8  DATED: January 5, 2007                FOLEY & LARDNER LLP
                                          LAURENCE R. ARNOLD
9                                         JOHN H. DOUGLAS
                                          NINA KANI

12                                        By: /s/ Nina Kani
13                                            Nina Kani
                                              Attorneys for Plaintiffs
                                              Stanford Hospital & Clinics and
14                                            Lucile Packard Children's Hospital

15
   DATED: January 5, 2007                WEINBERG, ROGER AND ROSENFELD
16                                        BRUCE HARLAND

18
                                          By: /s/ Bruce Harland
19                                            BRUCE HARLAND
                                              Attorneys for Defendant
20                                            Service Workers, Local 715

22                              [~~PROPOSED~~] ORDER

23       Pursuant to the stipulation of the parties, the February 16, 2007 deadline for
24  completion of early neutral evaluation set in this Court's prior order of November 17,
25  2006, is extended to March 1, 2007.

26       IT IS SO ORDERED
    Date: 2/6/07
27
                                          /s/ Ronald M. Whyte
28                                        Hon. Ronald M. Whyte
                                          United States District Judge

                                          2