| | |
|---|---|
| 1 | Laurence R. Arnold CA Bar No. 133715 |
|  | larnold@foley.com |
| 2 | John H. Douglas CA Bar No. 178966 |
|  | jdouglas@foley.com |
| 3 | Nina Kani CA Bar No. 221652 |
|  | nkani@foley.com |
| 4 | FOLEY & LARDNER LLP |
|  | One Maritime Plaza, Sixth Floor |
| 5 | San Francisco, CA 94111-3409 |
|  | Telephone:  415.434.4484 |
| 6 | Facsimile:  415.434.4507 |
| 7 | Attorneys for Plaintiffs Stanford Hospital & Clinics; |
|  | Lucile Packard Children's Hospital |
| 8 |  |
|  | William A. Sokol CA Bar No. 072740 |
| 9 | Bruce A. Harland CA Bar No. 230477 |
|  | WEINBERG, ROGER & ROSENFELD |
| 10 | A Professional Corporation |
|  | 1001 Marina Village Parkway, Suite 200 |
| 11 | Alameda, CA 04501-1091 |
|  | Telephone:  510.337.1001 |
| 12 | Facsimile:  510.337.1023 |
| 13 | Attorneys for Defendant Service Workers, Local 715 |

*E-FILED - 3/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | Stanford Hospital & Clinics; Lucile Packard Children's Hospital | Case No: C06 04929 xxx  RMW |
| 19 |   | **STIPULATED REQUEST TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT; [xxxxxxxxxxxxx] ORDER THEREON** |
| 20 | Plaintiffs, |  |
|  | vs. |  |
| 21 |  |  |
| 22 | Service Workers, Local 715; and DOES 1-25; |  |
| 23 | Defendants. |  |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Local Rule 6-1 and 6-2, Plaintiffs STANFORD HOSPTIALS & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL ("Plaintiffs") and Defendant SERVICE WORKERS, LOCAL 715 ("Defendant") hereby stipulate as

1

STIPULATED REQUEST TO EXTEND TIME; xxxxxxxxxxxx ORDER THEREON

SFCA_421907.2

1 | follows:

2 | 1. Plaintiffs served a Notice of Deposition on Defendant's Person Most Knowledgeable ("PMK") on a list of subject matters identified therein, on December 12, 2007, with a notice date of February 12, 2007. A copy of the Notice of Deposition is attached hereto as Exhibit 1.

2. Defendant was unable to produce the PMK on February 12, 2007, and the matter was rescheduled to February 14, 2007. Defendant was again unable to produce the PMK on February 14, 2007. A copy of the letter regarding this matter is attached hereto as Exhibit 3.

3. Thereafter, Plaintiffs requested that the PMK deposition take place on February 22, 2006; however, Defendant was unable to produce the PMK on that date. A copy of the letter regarding this matter is attached hereto as Exhibit 3.

4. On March 2, 2007, Plaintiff filed a Motion for Partial Summary Judgment ("the Motion'). Plaintiff's hearing on the Motion is April 4, 2007.

5. Defendant's Opposition to Plaintiffs' Motion is due to the Court on March 13, 2007. Plaintiffs' Reply to Defendant's Opposition is due on March 23, 2007.

6. The parties have attempted to reschedule the PMK deposition for a time prior to the deadline for Plaintiffs to file their Reply. However, due to conflicts with Defendant's schedule, including emergence family matters, this has not been possible. The parties have stipulated and agreed that Defendant will produce the PMK on March 22, 2007, which is one day prior to the date Plaintiffs are required to file their Reply to Defendant's Opposition to Plaintiffs' Motion.

7. The parties agree that, due to the delay in scheduling the deposition of the PMK, which has resulted by emergent matters for Defendant and Defendant's counsel, the deadline for Defendant to submit its Opposition to Plaintiff's Motion, and the deadline for Plaintiffs to submit their Reply in support of their Motion should be extended. The parties further agree that Plaintiffs have an opportunity to respond to Defendant's Opposition having taken the PMK deposition, such that they will not be

prejudiced by the delay in the PMK deposition in this matter.

8. The parties have not requested any prior modification to the schedule for filings documents with the Court. The parties have previously stipulated to an extension of the time for exchanging Early Neutral Evaluation statements.

9. The impact of an order granting the parties request will be that the Court will have eight (8) days to review the entirety of the file on this Motion, prior to the oral argument on the matter. If the schedule remains unchanged, the Court has twelve (12) days to review the same.

10. Accordingly, the parties, pursuant to stipulation, request that the Court allow Defendant, through and including March 16, 2007 to file any Opposition to Plaintiff's Motion, and Plaintiffs through and including March 27, 2007 to file any Reply to any Opposition filed by Defendants.

DATE: MARCH 7, 2007                                FOLEY & LARDNER LLP

                                                   BY: ____/S/ NINA KANI_____
                                                   NINA KANI[1]
                                                   ATTORNEYS FOR PLAINTIFFS
                                                   STANFORD HOSPITAL & CLINICS AND
                                                   LUCILE PACKARD CHILDREN'S
                                                   HOSPITAL

DATE: MARCH 7, 2007                                WEINBERG, ROGER & ROSENFELD

                                                   BY: ____/S/ BRUCE HARLAND_____
                                                   BRUCE HARLAND
                                                   ATTORNEYS FOR DEFENDANT
                                                   SERVICE WORKERS, LOCAL 715

///

///

///

///

---

[1] By signing this Stipulated Request, Nina Kani further attests that, concurrent with the electronic signature of Bruce A. Harland, a signed copy of this Stipulated Request to Extend Time was obtained from Mr. Harland via facsimile.

1  GOOD CAUSE appearing therefore, it is hereby ordered that Defendant will have
2  until March 16, 2007 to file any Opposition to Plaintiff's Motion for Partial Summary
3  Judgment, and Plaintiffs will have until March 27, 2007 to file any Reply papers to
4  Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6
7  DATE: 3/12/07
8  BY: *Ronald M. Whyte*
   HON. RONALD M. WHYTE
9  JUDGE OF THE UNTIED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 SAN JOSE DIVISION