**E-FILED on**   4/23/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS; LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE WORKERS, LOCAL 715; and DOES 1-25,<br><br>　　　　　Defendants. | No. C-06-04929 RMW<br><br>ORDER REGARDING MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO STAY<br><br>**[Re: Docket No. 84]** |

　　On April 13, 2007 defendant Service Workers, Local 715 ("defendant") filed a motion to stay the above-captioned case pending arbitration. Defendant noticed the hearing for May 25, 2007. Defendant now moves to shorten time for the hearing on its motion to stay, with opposition to be filed by Monday, April 30, 2007, reply to be filed by Wednesday, May 2, 2007, and a hearing on Friday, May 4, 2007. A bench trial is currently set for May 29, 2007 for this same purpose. A pre-trial conference is currently set for May 10, 2007. The court hereby sets the hearing on defendant's motion to stay for Friday, May 4, 2007, at 9:00 a.m. However, plaintiffs must file their opposition by Friday, April 27, 2007 and defendant must file its reply by Tuesday, May 1, 2007.

DATED:   4/23/07

　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REGARDING MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO STAY—C-06-04929 RMW
SPT

1  **Notice of this document has been sent to:**

2  **Counsel for plaintiffs:**

3  John H. Douglas           jdouglas@foleylaw.com
   Laurence R. Arnold        larnold@foley.com
4  Nina Kani                 nkani@foley.com

5  **Counsel for defendant:**

6  Bruce A. Harland          courtnotices@unioncounsel.net

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:   4/23/07                              SPT
                                     Chambers of Judge Whyte

ORDER REGARDING MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO STAY—C-06-04929 RMW SPT
2