***E-FILED 5/8/07***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITALS & CLINICS, et al., | NO. C 06-04929 RMW (RS) |
| Plaintiffs, | **ORDER RE DOCKET ENTRY** |
| v. | |
| SERVICE WORKERS, LOCAL 715, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that Docket No. 110, relating to settlement conference proceedings, having been erroneously filed, shall be stricken and removed from the record herein.

IT IS SO ORDERED.

Dated: May 8, 2007

RICHARD SEEBORG
United States Magistrate Judge

C 06-04929 RMW (RS)

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

John H. Douglas     jdouglas@foleylaw.com,

Bruce A. Harland     courtnotices@unioncounsel.net, bharland@unioncounsel.net

Nina Kani , ESQ     nkani@foley.com, vcooperwood@foley.com; jgodino@foley.com; jbelfiore@foley.com

William A. Sokol     courtnotices@unioncounsel.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 5/8/07**                                                            **Chambers of Judge Richard Seeborg**

                                                                                         **By:**     **/s/ BAK**

C 06-04929 RMW (RS)

2